AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-00159 PSG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Citibank, N.A.
was received by me on *(date)* 1/14/14 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Peggy Plagman, who is designated by law to accept service of process on behalf of *(name of organization)* Citibank, N.A. 701 E. 60th St. N. Sioux Falls, SD 57104 on *(date)* 1/14/14 @11:35AM or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/14/14

*Server's signature*

Richard Rober   APS-3
*Printed name and title*

2522 W. 41st St. #213 SF SD 57105
*Server's address*

Additional information regarding attempted service, etc: