Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiff:
Stevin Masuda

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIN MASUDA, | Case No. 14-cv-00159 PJH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CITIBANK, N.A., and DOES 1-10. | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The parties mediated this matter today before the Hon. Irma E. Gonzalez, (Ret.). The parties settled this matter though certain conditions pursuant to the settlement still need to be completed. Plaintiff respectfully requests that all current motion dates be vacated and this matter be set for a show cause hearing to be conducted on July 24, 2014.

Respectfully submitted,

Dated 6/19/2014

/s/ Balám O. Letona
_____

Balám O. Letona, Esq.
Attorney for Plaintiff

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

The case management conference will go forward on July 24, 2014 at 2:00 p.m.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2014 the foregoing document was forwarded electonrically to:

Arjun P. Rao
arao@stroock.com
Attorney for Citibank, N.A.

Marcos D. Sasso
msasso@stroock.com
Attorney for Citibank, N.A.

                                      /s/ Balám Letona