Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiff:
Stevin Masuda

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIN MASUDA,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITIBANK, N.A., and DOES 1-10.<br><br>   Defendants. | **Case No.14-cv-00159 PJH**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1) and LOCAL RULE 77-2** |

WHEREAS the parties to this action have entered into a settlement agreement to resolve this matter,

WHEREAS said settlement agreement requires this matter be dismissed with prejudice,

THEREFORE, the parties, through their attorneys of record, STIPULATE AND AGREE, that this matter be dismissed with prejudice.

**SO STIPULATED:**

Dated: July 18, 2014                        /s/ Balam O. Letona
                                            ─────────────────────────
                                            Balam O. Letona, Esq.
                                            Attorney for Plaintiff

Dated: July 17, 2014                        /s/ Marcos Sasso
                                            ─────────────────────────
                                            Marcos Sasso, Esq.
                                            Attorney for Defendant

1  **[~~PROPOSED~~] ORDER**

2  The Court adopts the stipulation of the parties. Accordingly, this matter is
3  dismissed with prejudice.
4
5  IT IS SO ORDERED.
6  Dated: 7/21/14

7  _____
   HON. PHYLLIS J. HAMILTON
8  United States District Judge



27  2
28  ***STIPULATION AND PROPOSED ORDER***